```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLLE BARCELO              :    CIVIL ACTION
                              :
          v.                  :
                              :
TEVA PHARMACEUTICALS USA,     :
INC., et al.                  :    NO. 18-3984
```

ORDER

AND NOW, this 18th day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants Teva Women's Health, Inc., CooperSurgical, Inc., and The Cooper Companies, Inc. to transfer this action under 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Texas is GRANTED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.
```